UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE MO'NIQUE WILLIAMS MOOTRY,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA DAVID BENBROOK, et al.,<br><br>Defendants. | No. 2:21-cv-00229-TLN-CKD<br><br>**ORDER** |

Plaintiff Lonnie Mo'Nique Williams Mootry ("Plaintiff"), a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 19, 2021, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 10.) Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file under the applicable legal standards and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

///

1

1. The Findings and Recommendations filed May 19, 2021 (ECF No. 10), are ADOPTED IN FULL;

2. Plaintiff's Application to Proceed *In Forma Pauperis* (ECF No. 4) is DENIED; and

3. Plaintiff is granted 14 days within which to pay the filing fee for this action. Failure to pay the filing fee within 14 days will result in dismissal.

IT IS SO ORDERED.

DATE: July 7, 2021

Troy L. Nunley
United States District Judge