UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE MO'NIQUE WILLIAMS MOOTRY, | No. 2:21-cv-00229-TLN-CKD |
| Plaintiff, | |
| v. | **ORDER** |
| JOSHUA DAVID BENBROOK, et al., | |
| Defendants. | |

Plaintiff Lonnie Mo'Nique Williams Mootry ("Plaintiff"), a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 19, 2021, the magistrate judge filed findings and recommendations to deny Plaintiff's request to proceed *in forma pauperis*. (ECF No. 10.) Plaintiff did not object to the findings and recommendations. On July 8, 2021, the Court adopted the findings and recommendations in full and granted Plaintiff 14 days within which to pay the filing fee for this action. (ECF No. 11.) Plaintiff was warned that failure to do so would result in dismissal. (*Id.*)

///

///

1    The 14-day period has now expired, and Plaintiff has not paid the filing fee.  Accordingly,
2 IT IS HEREBY ORDERED that this action is DISMISSED without prejudice.  The Clerk of the
3 Court is directed to close this case.
4    IT IS SO ORDERED.
5 Date:  August 31, 2021

    Troy L. Nunley
    United States District Judge